UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:16-cv-00845-MOC-DCK

| | |
|---|---|
| **WANDA M PATTERSON,** | ) |
| Plaintiff, | ) |
| Vs. | ) ORDER |
| **NON-PROFIT INDUSTRIES,** | ) |
| Defendant. | ) |

**THIS MATTER** is before the Court on plaintiff's Motion for Voluntary Dismissal (#21). Having considered plaintiff's motion and reviewed the pleadings, including defendant's Response (#22) wherein no position is taken, the Court enters the following Order granting the relief sought for the reasons discussed in plaintiff's supporting Memorandum of Law (#21-1).

**ORDER**

**IT IS, THEREFORE, ORDERED** that plaintiff's Motion for Voluntary Dismissal (#21) is **GRANTED**, and this action is **DISMISSED** without prejudice.

Signed: February 23, 2018

Max O. Cogburn Jr.
United States District Judge

-1-